# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA MARIE IGASAN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:23-cv-00031-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 5, 12, 13) |

On January 5, 2023, Plaintiff Cynthia Marie Igasan filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) On January 9, 2023, the Court issued a scheduling order. (ECF No. 5.) Pursuant to the scheduling order, Plaintiff's motion for summary judgment was due by May 25, 2023. On May 26, 2023, the Court issued an order to show cause why sanctions should not be imposed for the failure to file the motion for summary judgment. (ECF No. 12.) On May 30, 2023, Plaintiff filed a response indicating a technical calendaring error occurred with a legal assistant. The Court finds good cause to additionally grant a thirty day extension of time to file the opening brief based on counsel's proffer of a backlog of cases due to parental leave and medical leave due to surgery in the past six months.

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause issued on May 26, 2023, (ECF No. 12), is DISCHARGED;
2. The motion to modify the schedule is GRANTED;
3. Plaintiff shall have until **June 30, 2023**, to file the motion for summary judgment; and
4. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **May 31, 2023**

UNITED STATES MAGISTRATE JUDGE